# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STARBUCKS CORPORATION; and,
COFFEE HOUSE HOLDINGS, INC.

    Plaintiff(s),

vs.

JGB VEGAS RETAIL LESSEE, LLC

    Defendant(s).

Case #2:19-cv-00616

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

    __Michael E. Lindsay__, Petitioner, respectfully represents to the Court:
    (name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

    Snell & Wilmer L.L.P.
    (firm name)

with offices at   1200 Seventeenth Street, Suite 1900,
    (street address)

  Denver  ,   Colorado  ,   80202  ,
  (city)    (state)    (zip code)

  303-634-2000  ,   mlindsay@swlaw.com  .
  (area code + telephone number)  (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

__Starbucks Corp. & Coffee House Holdings, Inc.__ to provide legal representation in connection with
    [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since **11/1/1985** (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of **Colorado** (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Colorado Supreme Court | 11/1/1985 | 15126 |
| Washington State | 1/1/1990 | 19338 |
| United States District Court, Colorado | 11/8/1985 | |
| United States Bankruptcy Court, Colorado | 11/8/1985 | |
| Tenth Circuit Court of Appeals | 1/19/1994 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

Colorado Bar Association.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Colorado )
COUNTY OF Denver )

_____ Michael E. Lindsay _____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

10th day of April, 2019.

_____
Notary Public or Clerk of Court

MARTHA MCCLEERY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20074036988
MY COMMISSION EXPIRES OCTOBER 12, 2019

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate  Alex L. Fugazzi ,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

3883 Howard Hughes Parkway, Suite 1100 ,
(street address)

Las Vegas , Nevada , 89169 ,
(city)            (state)          (zip code)

702-784-5200 , afugazzi@swlaw.com ,
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) ____Alex L. Fugazzi____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

John Nettleton, Director, Corporate Counsel, Starbucks
(type or print party name, title)

_____
(party's signature)
John Nettleton, Director, Corporate Counsel
Coffee House Holdings, Inc.
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

9022                    afugazzi@swlaw.com
Bar number              Email address

APPROVED:

Dated: this __15th__ day of __April__, 20__19__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



# Certificate of Good Standing
## and
# No Disciplinary History

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

**MICHAEL EDWARD LINDSAY**

was admitted to practice in this court on
November 8, 1985
and is in good standing with no disciplinary history.

Dated: May 24, 2018

*Jeffrey P. Colwell*
_____
Jeffrey P. Colwell, Clerk

