James J. Pisanelli, Esq., Bar No. 4027
JJP@pisanellibice.com
M. Magali Mercera, Esq., Bar No. 11742
MMM@pisanellibice.com
Kirill V. Mikhaylov, Esq., Bar No. 13538
KVM@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Facsimile: 702.214.2101

*Attorneys for JGB Vegas Retail Lessee, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STARBUCKS CORPORATION, a Washington corporation; and COFFEE HOUSE HOLDINGS, INC., a Washington corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>JGB VEGAS RETAIL LESSEE, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No.: 2:19-CV-00616-KJD-BNW<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS** |

Plaintiffs/Counterdefendants Starbucks Corporation and Coffee House Holdings, Inc. (collectively "Starbucks"), and Defendant/Counterclaimant JGB Vegas Retail Lessee, LLC ("JGB" and together with Starbucks, the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate and agree to the following pursuant to LR 7-1:

1. The Parties have agreed to participate in a formal mediation on or about September 18, 2019.

2. The Parties agree that a stay in the proceedings will allow the Parties sufficient time to participate in the mediation in an attempt to resolve this dispute without burdening the Court and the Parties with unnecessary litigation.

3. Accordingly, the Parties stipulate to stay all proceedings in this action pending the mediation on September 18, 2019 and any potential ongoing settlement discussions.

1

4. In the event any Party determines that a settlement is not likely or that no progress is being made toward settlement following the mediation on September 18, 2019, any Party may withdraw its assent to this Stipulation by providing written notice to all Parties.

5. Within 7 days of receipt of any Party's written notice of withdrawal of its assent to the stay, the Parties will submit a joint stipulation and proposed order to lift the stay, which will include a revised Stipulated Discovery Plan and Proposed Scheduling Order resetting the discovery deadlines in accordance with Fed. R. Civ. P. 26(f) and Local Rule 26-1.

6. The stay shall not impact any Party's substantive or procedural rights in the event the case is not resolved and must proceed.

7. This Stipulation is made in good faith and will not result in prejudice to any Party.

**IT IS SO STIPULATED**

DATED this 9th day of September 2019.

PISANELLI BICE PLLC

By: /s/ M. Magali Mercera
James J. Pisanelli, Esq., Bar No. 4027
M. Magali Mercera, Esq., Bar No. 11742
Kirill V. Mikhaylov, Esq., Bar No. 13538
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

*Attorneys for Defendant/Counterclaimant JGB Vegas Retail Lessee, LLC*

DATED this 9th day of September 2019.

SNELL & WILMER, L.L.P.

By: /s/ Michael Paretti
Michael E. Lindsay, Esq. (*Admitted Pro Hac Vice*)
1200 Seventeenth Street, Suite 1900
Denver, Colorado 80202

Alex L. Fugazzi, Esq., Bar No. 9022
Michael Paretti, Esq., Bar No. 13926
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Plaintiffs/Counterdefendants Starbucks Corporation and Coffee House Holdings, Inc.*

## ORDER

Having reviewed the Stipulation of the Parties, and good cause appearing, it is hereby ordered that the proceedings shall be stayed in accordance with the above-identified conditions.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: 9/30/2019

2